STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ROBERT D'AMICO, SR.,

Plaintiff,

vs.

PC No. 07-3529

GUIDANT SALES CORPORATION,
CHARLES H. KOO, M.D. and
RHODE ISLAND CARDIOLOGY
CENTER, LLC.

Defendants.

______________________________________/

**NOTICE OF FILING NOTICE OF REMOVAL**

Please note that Guidant Sales Corporation, on the 10th day of August, 2007, filed in the United States District Court for the District of Rhode Island the attached Notice of Removal.

Respectfully submitted,

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 10, 2007