**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT D'AMICO, SR.,** **C.A. No. 07-301/S**

**Plaintiff,**

**vs.**

**GUIDANT SALES CORPORATION,**
**CHARLES H. KOO, M.D. and**
**RHODE ISLAND CARDIOLOGY**
**CENTER, LLC.**
**Defendants.**
________________________________________/

**ENTRY OF APPEARANCE AND DESIGNATION OF COUNSEL TO BE NOTICED**

Brooks R. Magratten hereby enters his appearance as counsel of record for defendant Guidant Sales Corporation.

Pursuant to LR Gen 206(c), Michael J. Daly, Esq. is hereby designated attorney to receive notices sent to attorneys at Vetter and White.

Respectfully submitted,

/s/ Brooks R. Magratten

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: August 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this motion and memorandum on August 16, 2007, both of which are available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-identified counsel of record will be effectuated by electronic means:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

I further certify that, on the 16th day of August, 2007, this motion and memorandum were mailed by first class mail, postage prepaid, to the below-identified counsel:

Michael G. Sarli, Esq., No.
Gidley, Sarli & Marusak, LLP
Attorneys for defendant Charles H. Koo, M.D.
1 Turks Head Place, Suite 900
Providence, RI 02909
(401) 274-6644
(401) 331-9304 [FAX]

William F. White, No.
White, Carlin & Kelly
Attorney for defendant Rhode Island Cardiology Center, LLC
155 Westminster St.
Providence, RI 02903
(401) 273-1400

/s/ Michael J. Daly