IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT D'AMICO, SR., C.A. NO. 07-301/S

Plaintiff,

vs.

GUIDANT SALES CORPORATION,
CHARLES H. KOO, M.D. and
RHODE ISLAND CARDIOLOGY
CENTER, LLC.

Defendants.

______________________________/

**ENTRY OF APPEARANCE**

Michael G. Sarli hereby enters his appearance on behalf of Defendant, Charles H. Koo, M.D., in the above-captioned matter.

CHARLES H. KOO, M.D.
By his Attorneys,

/s/Michael G. Sarli

Michael G. Sarli #2719
Gidley, Sarli & Marusak LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 331-9304
mgs@gsm-law.com

**CERTIFICATION**

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

William F. White, Esq.
Joshua E. Carlin, Esq.
The Westminster Square Bulding
155 Westminster Street
7th Floor
Providence, RI 02903

Brooks R. Magratten, Esq.
Michael J. Daley, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that on the 17th day of August, 2007, a true copy of the foregoing document was served upon each attorney of record, listed above, by electronic filing of this document with the U.S. District Court for the District of Rhode Island.

/s/Michael G. Sarli

______________________________