STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3529 ROBERT DAMICO SR V GUIDANT SALES CORP

Filing Date: 07-12-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/OTHER
Status Date: 08-10-2007

Plaintiff: ROBERT DAMICO
ID: @10915705
Attorney: MARK DANA

Defendant: GUIDANT SALES CORPORATION
ID: @10915706

Defendant: CHARLES KOO
ID: @10915707

Defendant: R I CARDIOLOGY LLC
ID: @10915708
Attorney: WILLIAM WHITE
Attorney: JOSHUA CARLIN

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-12-2007 | COMPLAINT FILED | |
| 07-12-2007 | INITIAL FILING FEE | |
| 07-12-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP252327. |
| 07-30-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GUIDANT SALES CORPORATION |
| 07-30-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: R I CARDIOLOGY LLC |
| 08-01-2007 | ENTRY OF APPEARANCE | FOR DEFT R I CARDIOL9OGY CTR LLC<br>Affiliated: WHITE, WILLIAM F |
| 08-01-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: R I CARDIOLOGY LLC |
| 08-10-2007 | NOTICE OF REMOVAL | Affiliated: GUIDANT SALES CORPORATION |
| 08-10-2007 | CASE REMVD TO US DISTRICT CT | |
| 08-10-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island