Shook, Hardy & Bacon L.L.P.

www.shb.com

**Karen V. Mesmer**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
kmesmer@shb.com

August 27, 2007

Denise Morgan-Stone
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re: **MDL -1708 - In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation**

Dear Mrs. Morgan-Stone:

Enclosed please find the original of Defendants' Seventy-seventh Notice of Potential Tag-Along Actions for filing. We have also enclosed the docket sheets for each case tagged. If you have any questions or concerns, please feel free to contact us.

Thank you for your attention to this matter.

Sincerely,

Karen Mesmer

Karen V. Mesmer
Senior Analyst-KC

KKC:jmw
Enclosures

cc: Attached Counsel List

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2598139v1

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**In re Guidant Corp. Implantable Defibrillators Products Liability Litigation**

**MDL No. 1708**

## SEVENTY-SEVENTH NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Guidant Corporation, Guidant Sales Corporation and Cardiac Pacemakers, Inc. hereby respectfully notify the Clerk of the Panel of potential tag-along actions as set forth below and state as follows:

1. By Motion to Transfer dated June 14, 2005, Plaintiff Darcy Munson sought consolidation and coordination of several actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated November 7, 2005, the Panel ordered that the actions subject to the Motion for Transfer be transferred to the District Court for the District of Minnesota and assigned to the Honorable Donovan W. Frank for coordinated and consolidated pretrial proceedings.

3. The following potential tag-along actions, like those actions identified in the original Schedule of Actions attached to Munson's Motion to Transfer, are pending in federal courts and involve allegations of injuries from cardiac medical devices:

**ILLINOIS**

- *Allen, Harold vs. Guidant Corporation, et al;* Case No. 3:07-cv-00578 (USDC SD IL) removed on August 10, 2007;

**MASSACHUSETTS**

- *Brown, Huran, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11521 (USDC D MA) removed on August 20, 2007;
- *Drum, Mary, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11520 (USDC D MA) removed on August 20, 2007;
- *Melton, Amy, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11522 (USDC D MA) removed on August 20, 2007;
- *Mobley, Miriam, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11526 (USDC D MA) removed on August 20, 2007;
- *Thorpe, Leonard, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11527 (USDC D MA) removed on August 20, 2007;
- *Toon, Joseph, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11525 (USDC D MA) removed on August 20, 2007;
- *Smith, Jack, et al. vs. Guidant Corporation, et al;* Case No. 1:07-cv-11523 (USDC D MA) removed on August 20, 2007;

**MISSISSIPPI**

- *Kirkman, Jackie vs. Guidant Corporation, et al;* Case No. 1:07-cv-196 (USDC ND MS) removed on August 15, 2007;

**NEW JERSEY**

- *Fine, Barbara vs. Guidant Corporation, et al;* Case No. 2:07-cv-3862 (USDC D NJ) filed on August 13, 2007;
- *Hasert, Rita, et al., vs. Guidant Corporation, et al;* Case No. 2:07-cv-3859 (USDC D NJ) filed on August 13, 2007;
- *Russo, Thomas vs. Guidant Corporation, et al;* Case No. 2:07-cv-3860 (USDC D NJ) filed on August 13, 2007;

**RHODE ISLAND**

- *D'Amico, Sr., Robert vs. Guidant Corporation, et al;* Case No. 07-cv-301 (USDC D RI) removed on August 10, 2007;

**VIRGINIA**

- *Gates, Sr., James E. vs. Guidant Corporation, et al;* Case No. 7:07-cv-00404 (USDC WD VA) removed on August 20, 2007.

4. Transfer of the potential tag-along actions to the District of Minnesota for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in this Panel's Transfer Order.

5. Copies of the Complaints in these cases are attached hereto for the Panel's convenience.

Respectfully submitted,

Timothy A. Pratt by Jarod J. Bottley

Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816:421-5547
tpratt@shb.com
**Counsel for Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation**

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**In re Guidant Corp. Implantable Defibrillators Products Liability Litigation**

**MDL No. 1708**

## PROOF OF SERVICE

I hereby certify that on August 27, 2007, a copy of the Seventy Seventh Notice of Potential Tag-Along Actions was served on counsel listed below, via U.S. Mail.

Timothy A. Pratt by Jason J. Bartley

**Counsel for Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation**

Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Phone: 612-341-0400
Fax: 612-341-0844
*Plaintiffs' Lead Counsel*

Richard Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 318-487-9874
Fax: 318-561-2591
*Plaintiffs' Lead Counsel*

Elizabeth Cabraser
LIEFF, CABRASER, HEMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Phone: 415-956-1000
Fax: 415-956-1008
*Plaintiffs' Lead Counsel*

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street
New York, NY 10022
Phone: 212-838-3333
Fax: 212-838-3735
*Plaintiffs' Lead Counsel*

John A. Robert
WILDMAN, HARROLD, ALLEN
& DIXON, LLP
225 W. Wacker Dr., #3000
Chicago, IL 60606
Phone: 312-201-2000
*Plaintiff's Counsel For Allen*

Michael s. Appel
SUGARMAN, ROGERS, BARSHAK
& COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
Phone: 617-227-3030
*Plaintiff's Counsel for Brown, Drum,
Melton, Moberly, Thorpe, Toon & Smith*

Jason L. Shelton
SHELTON & ASSOCIATES, P.A.
218 North Sprint Street
Post Office Box 1362
Tupelo, MS 38802
Phone: 662-842-5051
Fax: 662-841-1941
*Plaintiff's Counsel for Kirkman*

Bruce Heller Nagel
NAGEL, RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Phone: 973-618-0400
Fax: 973-618-9194
*Plaintiff's Counsel for Fine, Hasert & Russo*

Mark W. Dana
D'AMICO, BURCHFIELD, LLP
536 Atwells Avenue
Providence, Rhode Island 02909
Phone: 401-454-1212
Fax: 401-490-4814
*Plaintiff's Counsel for D'Amico*

Daniel L. Crandall
CRANDALL & KATT
366 Elm Ave., SW
Roanoke, VA 24016
Phone: 540-342-2000
Fax: 540-345-3527
*Plaintiff's Counsel for Gates*