CLOSED, STAYED, TRANSF

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:06-cv-01289-HEA

Alexander v. Boston Scientific Corporation et al
Assigned to: Honorable Henry E. Autrey
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/25/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donald Alexander** represented by **Donald Alexander**
31057 Oak Ridge Drive
Rocky Mount, MO 65072
573-964-0389
PRO SE

V.

**Defendant**

**Boston Scientific Corporation** represented by **Julie R. Somora**
SHOOK AND HARDY, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email: jsomora@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guidant Subsidiary of Boston Scientific Corporation** represented by **Julie R. Somora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**St. Anthony's Medical Center** represented by **V. Scott Williams**
HAZELWOOD AND WEBER, LLC
200 N. Third Street
St. Charles, MO 63301-2890
636-947-4700
Fax: 636-947-1743
Email: swilliams@hazelwoodweber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2006 | 1 | NOTICE OF REMOVAL from St. Louis County Circuit Court, case number 06CC-2811. Filing fee $ 350.00 with receipt number S2006-10522. Jury Demand filed by Boston Scientific Corporation and Guidant Subsidiary of Boston Scientific Corporation. (Attachments: #(1) Civil Cover Sheet #(2) Original Filing Form #(3) Exhibit A #(4) Exhibit B #(5) Exhibit C #(6) Exhibit D #(7) Exhibit E #(8) Exhibit F)(KLK) (Entered: 08/28/2006) |
| 08/25/2006 | 2 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendants Boston Scientific Corporation and Guidant Subsidiary of Boston Scientific Corporation. (KLK) (Entered: 08/28/2006) |
| 08/25/2006 | 3 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Boston Scientific Corporation and Guidant Subsidiary of Boston Scientific Corporation. Sent To: Pltff & Deft (St. Anthony's Medical Center). (KLK) (Entered: 08/28/2006) |
| 08/28/2006 | | Receipt # S2006-010522 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of SHOOK, HARDY AND BACON. (CSW,) (Entered: 08/28/2006) |
| 08/29/2006 | 4 | SUPPLEMENTAL re 1 Notice of Removal Petition, *Supplemental Exhibit F1 containing State Court Case File* by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Somora, Julie) (Entered: 08/29/2006) |
| 08/29/2006 | 5 | SUPPLEMENTAL re 1 Notice of Removal Petition, *Supplemental Exhibit F2 containing State Court Case File* by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Somora, Julie) (Entered: 08/29/2006) |
| 08/30/2006 | 6 | ENTRY of Appearance by V. Scott Williams for Defendant St. Anthony's Medical Center. (Williams, V.) (Entered: 08/30/2006) |
| 08/30/2006 | 7 | MOTION to Dismiss :Defendant St. Anthony's Medical Center by Defendant St. Anthony's Medical Center. (Attachments: # 1 Exhibit A)(Williams, V.) (Entered: 08/30/2006) |
| 08/30/2006 | 8 | MEMORANDUM in Support of Motion re 7 MOTION to Dismiss :Defendant St. Anthony's Medical Center filed by Defendant St. Anthony's Medical Center. (Williams, V.) (Entered: 08/30/2006) |
| 08/31/2006 | 9 | MOTION to Stay *Pending MDL Transfer* by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Attachments: # 1 Exhibit A)(Somora, Julie) (Entered: 08/31/2006) |
| 08/31/2006 | 10 | MEMORANDUM in Support of Motion re 9 MOTION to Stay *Pending MDL Transfer* filed by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Somora, Julie) (Entered: 08/31/2006) |
| 09/01/2006 | 11 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation Sent To: Circuit Clerk of St. Louis County Executed by State Court Clerk (Somora, Julie) (Entered: 09/01/2006) |

| | | |
|---|---|---|
| 09/05/2006 | 12 | OBJECTIONS re 5 Supplemental, 4 Supplemental, 1 Notice of Removal Petition, by Plaintiff Donald Alexander. (MJM, ) (Entered: 09/06/2006) |
| 09/06/2006 | 13 | RESPONSE and OBJECTION re 9 MOTION to Stay *Pending MDL Transfer* filed by Plaintiff Donald Alexander. (MJM, ) (Entered: 09/06/2006) |
| 09/06/2006 | 14 | ANSWER AND OBJECTIONS re 7 MOTION to Dismiss :Defendant St. Anthony's Medical Center filed by Plaintiff Donald Alexander. (MJM, ) (Entered: 09/06/2006) |
| 09/06/2006 | 15 | AMENDED PETITION against defendant Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation, St. Anthony's Medical Center Amendment to 1 Notice of Removal Petition, Jury demand, , filed by Donald Alexander. Related document: 1 Notice of Removal Petition (Original Petition filed in State Court), filed by Boston Scientific Corporation,, Guidant Subsidiary of Boston Scientific Corporation,.(MJM, ) (Entered: 09/06/2006) |
| 09/08/2006 | 16 | NOTICE by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation re 9 MOTION to Stay *Pending MDL Transfer* Guidant Corporation and Boston Scientific Corporation's Notice of Filing of Tag-Along Action: (Attachments: # 1 Exhibit A - Thirty-Ninth Notice of Tag-Along Actions)(Somora, Julie) (Entered: 09/08/2006) |
| 09/13/2006 | 17 | RESPONSE TO COURT ORDER re 12 Response to Court Order *Defendants Guidant Corporation and Boston Scientific Corporation's Response in Opposition to Plaintiff's Motion to Remand* by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Attachments: # 1 Exhibit A Transfer Order# 2 Exhibit B Thirty-Ninth Notice of Potential Tag-Along Actions# 3 Exhibit C Letter dated June 23, 2006# 4 Exhibit D Hardin Order by Samuel B. Kent# 5 Exhibit E Hardin Plaintiffs' Second Amended Original Complaint)(Somora, Julie) (Entered: 09/13/2006) |
| 09/14/2006 | | Docket Text ORDER re 9 MOTION to Stay *Pending MDL Transfer* by Defendants Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation. (Attachments: # (1) Exhibit A)(Somora, Julie) filed by Boston Scientific Corporation,, Guidant Subsidiary of Boston Scientific Corporation, ; ORDERED Granted SO ORDERED, Case stayed.. Signed by Judge Henry E. Autrey on 9/13/06. (MJM, ) (Entered: 09/14/2006) |
| 09/18/2006 | 18 | ANSWER/RESPONSE re 17 Response to Court Order,, by Plaintiff Donald Alexander. (MJM, ) (Entered: 09/18/2006) |
| 09/18/2006 | 19 | SECOND AMENDED PETITION against defendant Boston Scientific Corporation, Guidant Subsidiary of Boston Scientific Corporation, St. Anthony's Medical Center Amendment to 15 Amended Complaint, Jury demand, , filed by Donald Alexander. Related document: 15 Amended Complaint, filed by Donald Alexander,.(MJM, ) (Entered: 09/18/2006) |
| 02/16/2007 | 21 | ORDER OF MDL TRANSFER to: USDC District of Minnesota. Signed by Clerk of Panel on 2/7/07. (MJM, ) (Entered: 02/22/2007) |
| 02/22/2007 | 20 | CONDITIONAL TRANSFER ORDER regarding multidistrict litigation by Clerk of the Panel. Signed by Judge Unassigned on 2/22/07. (CLA, ) (Entered: 02/22/2007) |
| 02/22/2007 | | ORDER RECEIPT: (see receipt) Thu Feb 22 10:52:20 CST 2007 (CLA, ) |

| | | |
|---|---|---|
| | | (Entered: 02/22/2007) |
| 02/22/2007 | | ORDER RECEIPT: (see receipt) Thu Feb 22 11:13:31 CST 2007 (MJM, ) (Entered: 02/22/2007) |
| 02/22/2007 | 22 | Letter to USDC District of Minnesota from USDC EDMO Re:MDL Transfer Case (MJM, ) (Entered: 02/22/2007) |
| 02/28/2007 | 23 | Letter to USDC EDMO from USDC D of MN Re:Receipt of Transfer Case (MJM, ) (Entered: 02/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2007 08:23:37 | | | |
| **PACER Login:** | sh0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:06-cv-01289-HEA |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |