**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT D'AMICO, SR.** | : | |
| | : | **C.A. NO.: 07-301S** |
| **V.** | : | |
| | : | |
| **GUIDANT SALES CORPORATION,** | : | |
| **CHARLES H. KOO, M.D., and** | : | |
| **RHODE ISLAND CARDIOLOGY CENTER, LLC** | : | |

**ENTRY OF APPEARANCE**

I, William F. White, Esq., hereby enter my appearance on behalf of Defendant, Rhode Island Cardiology Center, LLC.

DEFENDANT,
RHODE ISLAND CARDIOLOGY CENTER, LLC,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/William F. White
William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400 / (401)273-1177 - fax

## Certification

I hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 5th September 2007 to:

Brooks R. Magratten, Esq.
Vetter and White
20 Washington Place
Providence, RI 02903

Mark W. Dana
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ William F. White
White, Carlin & Kelly, P.C.
155 Westminster Street, Suite 740
Providence, RI 02903

1039.eoa.fed.doc