UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT D'AMICO, SR.,
Plaintiff

v. Dkt. No. 07-301/S

GUIDANT SALES CORPORATION,
CHARLES H. KOO, M.D. and
RHODE ISLAND CARDIOLOGY
CENTER, LLC.,
Defendants

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Guidant Sales Corporation hereby moves that David S. Johnson be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Guidant Sales Corporation
(Defendant)

By: Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
Address: VETTER & WHITE
20 Washington Place
Providence, RI 02903

DATED: September 6, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of: Florida and of the following Federal District Court and/or Court of Appeals Bar(s): Middle, Southern and Northern Districts of Florida and the United States Court of Appeals for the Eleventh Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

David S. Johnson, Florida Bar No. 096423
Print Name State Bar ID #
Shook Hardy & Bacon L.L.P.
Firm Name
100 N. Tampa Street, Suite 2900
Tampa, Florida 33602-5810
Business Address
Tel. # (813) 202-7100
Fax # (813) 221-8837

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Michael J. Daly
Signature of Local Counsel

Brooks R. Magratten, No. 3585
Michael J. Daly, No. 6729
Print Name R.I. Bar ID #
Vetter & White
20 Washington Place, Providence, RI 02903
Firm and Business Address
Tel. # (401) 421-3060 Fax # (401) 272-6803
Mdaly@vetterandwhite.com

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge
Date:

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion for Pro Hac Vice Admission of David Johnson on September 6, 2007. This motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-identified counsel of record has been effectuated by electronic means:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak, LLP
Attorneys for defendant Charles H. Koo, M.D.
1 Turks Head Place, Suite 900
Providence, RI 02909
(401) 274-6644
(401) 331-9304 [FAX]

William F. White, Esq.
White, Carlin & Kelly
Attorney for defendant Rhode Island Cardiology Center, LLC
155 Westminster St.
Providence, RI 02903
(401) 273-1400

/s/ Michael J. Daly