**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: GUIDANT CORP. IMPLANTABLE DEFIBRILATORS PRODUCTS LIABILITY LITIGATION — MDL No. 05-1708

ROBERT A. D'AMICO, SR. V. GUIDANT SALES CORP.
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND
C.A. NO. 1:07-301S

**DEFENDANT, RHODE ISLAND CARDIOLOGY CENTER, LLC'S, JOINDER OF CO-DEFENDANT, DR. KOO'S MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-42)**

Now comes Defendant, Rhode Island Cardiology Center, LLC , and pursuant to 28 U.S.C. §1407, joins co-defendant, Charles H. Koo, M.D.'s motion to vacate the Conditional Transfer Order (CTO-42) previously entered by the Judicial Panel on Multidistrict Litigation in this matter. As grounds for this motion, Defendant states that transferring the claims against it to the United States District Court for the District of Minnesota would not promote the just and efficient conduct of this case. Furthermore, such transfer would unnecessarily prejudice this Defendant.

WHEREFORE, Defendant, Rhode Island Cardiology Center, LLC, respectfully requests that its motion to vacate be granted.

DEFENDANT, RHODE ISLAND
CARDIOLOGY CENTER, LLC,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/ William F. White

William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400 / (401)273-1177 – fax

**Certification**

I hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 26th October, 2007 to:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Brooks R. Magratten, Esq.
Vetter and White
20 Washington Place
Providence, RI 0290

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ William F. White

1039.mtvacate.docx