A CERTIFIED TRUE COPY
NOV 2 1 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 21 2007
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION**

Robert D'Amico, Sr. v. Guidant Corp., et al., )
D. Rhode Island, C.A. No. 1:07-301 07-4697 ) MDL No. 1708

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*D'Amico*) on September 26, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *D'Amico* filed a notice of opposition to the proposed transfer which he later withdrew. Defendant Charles H. Koo, M.D., also filed a notice of opposition and the subsequent motion and brief to vacate the conditional transfer order; however, this defendant now also withdraws his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-42" filed on September 26, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Donovan W. Frank.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED 11-28-07
BY:

SCANNED
NOV 2 7 2007
U.S. DISTRICT COURT MPLS